UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSEPH RESURRECCION, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> ASI LLOYDS, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 7:15-CV-159 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs JOSEPH RESURRECCION, GILBERT GONZALEZ, JR. and DIANA GONZALEZ and Defendants ASI LLOYDS, JOE LOZOYA and JUAN BALLESTEROS' Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

It is therefore ordered that Plaintiffs' claims against all Defendants, are hereby **DISMISSED** with prejudice.

It is further ordered that the parties shall bear their own costs.

It is further ordered that any relief not specifically granted herein is hereby **DENIED**.

SO ORDERED this 25th day of September, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge